Same case below, 428 Fed. Appx. 700.

**No. 11-359. Miracle Star Women's Recovering Community, Inc., Petitioner v. Katherine Jett, et al.**

565 U.S. 1046, 132 S. Ct. 589, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8103, ▇

November 14, 2011. Motion of National Association for the Advancement of Colored People, Antelope Valley Branch Unit #1023 for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-475. Gene A. Tyrrell, Petitioner v. United States.**

565 U.S. 1046, 132 S. Ct. 596, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8145.

**No. 11-6836. Ronald Dawson, Petitioner v. United States.**

565 U.S. 1046, 132 S. Ct. 594, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8138.

Same case below, 433 Fed. Appx. 151.

**No. 11-6938. Steven J. Smith, Petitioner v. United States.**

565 U.S. 1046, 132 S. Ct. 600, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8214.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 433 Fed. Appx. 891.

**No. 11-7012. In re Daniel Doyle Benham, Petitioner.**

565 U.S. 1032, 132 S. Ct. 602, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8090.

November 14, 2011. Petition for writ of habeas corpus denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-6406. In re Helen M. Harris-Scott, Petitioner.**

565 U.S. 1032, 132 S. Ct. 587, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8178.

November 14, 2011. Petition for writ of mandamus denied.

**No. 11-6593. In re William Chapman Mach, Petitioner.**

565 U.S. 1032, 132 S. Ct. 591, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8140.

November 14, 2011. Petition for writ of mandamus denied.